# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL BRUENS, PATRICE BRUENS, ARDUINO MARINELLI,
MARIANNE MARINELLI, KARIM ALIMI,
SOULA KASSIDI FAMILY TRUST** and
**227 BEACH BOULEVARD LIMITED PARTNERSHIP,**
Appellants,

v.

**Q CLUB HOTEL, LLC,**
Appellee.

No. 4D17-1053

[March 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 12-029981 (08).

Alexander D. Varkas, III and Robert Sweetapple of Sweetapple, Broeker & Varkas, PL, Boca Raton, for appellants.

E. Travis Ramey of Burr & Forman LLP, Birmingham, AL, and Laurence S. Litow and Francesco A. Zincone of Burr & Forman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***